EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 5 2002

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 02-00230 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. § 841(a)(1)] |
| | ) | |
| HAROLD ALONZO, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The grand jury charges that:

On or about May 22, 2002, in the District of Hawaii, defendant HAROLD ALONZO knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine,

its salts, isomers and salts of its isomers, approximately 378.2 grams, a Schedule II controlled substance.

  All in violation of 21 U.S.C. §841(a)(1).

  DATED: June 5, 2002   , at Honolulu, Hawaii.

          A TRUE BILL

          /s/
          _____
          FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
United States Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

<u>United States v. Harold Alonzo</u>
Cr. No. _____
"Indictment"